# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141340

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

LARRY RANDALL BELL,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141340
COA: 296712
Jackson CC: 10-000382-AR

On order of the Court, the application for leave to appeal the May 10, 2010 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Dowdy* (Docket No. 140603) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

0920

Clerk